FILED

2008 JAN 10 AM 10: 43

CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Pamela Maria Aguilar aka Pamela Maria Aguilar-Mejia  DEFENDANT(S). | 07-1887M  REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  1-9-08   10:30   ☒ AM / ☐ PM

2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   T-21, USC 841(a)(1) - Distribution of Crack Cocaine

3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

4. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown

5. Year of Birth: 1980

6. The defendant is:  ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

7. Place of detention (if out-of-district): _____

8. Date detainer placed on defendant: _____

9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )

10. Name of Pretrial Services Officer:  Duty

11. Remarks (if any): _____

12. Date:  1-10-08        13. Signature: _____

14. Name:  SEAN STERLE    15. Title:  SA - FBI

CR-64 (07/05)                REPORT COMMENCING CRIMINAL ACTION