# *Memorandum*

| Subj: | Date: |
|---|---|
| United States v. Pamela Maria Aguilar | January 17, 2008 |
| **To:** | **From:** |
| SHERRI R. CARTER<br>District Court Executive<br>United States District Court<br>Central District of California | SCOTT M. GARRINGER<br>Assistant United States Attorney<br>Criminal Division |

08 00065

*[Stamp: 2008 JAN 18 PM 3:54, CLERK U.S. DISTRICT COURT, CENTRAL DIST. OF CALIF., LOS ANGELES]*

*[Stamp: FILED]*

The matter relating to the above-referenced criminal action,

United States v. Pamela Maria Aguilar, being filed on January 18, 2008,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

*[Signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Criminal Division